**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF TEXAS

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Sovrano, LLC |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 47-4161470 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **550 Bailey Avenue, Suite 650**<br>**Fort Worth, TX 76107**<br>Number, Street, City, State & ZIP Code | **P.O. Box 470726**<br>**Fort Worth, TX 76147**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Tarrant**<br>County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)   **www.gattispizza.com**

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Sovrano, LLC**
Name
Case number *(if known)*

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

___7225___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor | **See Attachment** | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor **Sovrano, LLC**
_____
Name

Case number (*if known*) _____

---

**11. Why is the case filed in this district?**   Check all that apply:

- [✓] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [✓] No
- [ ] Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

  What is the hazard? _____

- [ ] It needs to be physically secured or protected from the weather.

- [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

- [ ] Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

- [ ] No
- [ ] Yes. Insurance agency _____

  Contact name _____

  Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds** .   Check one:

- [ ] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| [✓] 1-49 | [ ] 1,000-5,000 | [ ] 25,001-50,000 |
| [ ] 50-99 | [ ] 5001-10,000 | [ ] 50,001-100,000 |
| [ ] 100-199 | [ ] 10,001-25,000 | [ ] More than100,000 |
| [ ] 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| [ ] $0 - $50,000 | [ ] $1,000,001 - $10 million | [ ] $500,000,001 - $1 billion |
| [ ] $50,001 - $100,000 | [✓] $10,000,001 - $50 million | [ ] $1,000,000,001 - $10 billion |
| [ ] $100,001 - $500,000 | [ ] $50,000,001 - $100 million | [ ] $10,000,000,001 - $50 billion |
| [ ] $500,001 - $1 million | [ ] $100,000,001 - $500 million | [ ] More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| [ ] $0 - $50,000 | [ ] $1,000,001 - $10 million | [ ] $500,000,001 - $1 billion |
| [ ] $50,001 - $100,000 | [✓] $10,000,001 - $50 million | [ ] $1,000,000,001 - $10 billion |
| [ ] $100,001 - $500,000 | [ ] $50,000,001 - $100 million | [ ] $10,000,000,001 - $50 billion |
| [ ] $500,001 - $1 million | [ ] $100,000,001 - $500 million | [ ] More than $50 billion |

---

Debtor   **Sovrano, LLC**
Name

Case number (*if known*) _____

---

▇▇▇   **Request for Relief, Declaration, and Signatures**

---

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is trued and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on   01/04/2019
　　　　　　　　MM / DD / YYYY

X *(signature)*

Signature of authorized representative of debtor

Kyle C. Mann
Printed name

Title   **Vice Chairman**

---

**18. Signature of attorney**   X *(signature)*

Date   01/04/2019
　　　　MM / DD / YYYY

**Michael McConnell 13447300**
Printed name

**Kelly Hart & Hallman LLP**
Firm name

**201 Main Street, Suite 2500**
**Fort Worth, TX 76102**
Number, Street, City, State & ZIP Code

Contact phone   **(817) 332-2500**   Email address   **michael.mcconnell@kellyhart.com**

**13447300 TX**
Bar number and State

Debtor    **Sovrano, LLC**                                          Case number *(if known)*
          Name

---

| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF TEXAS

Case number *(if known)* _____    Chapter ___**11**___

☐ Check if this an
amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | |
| --- | --- | --- | --- | --- |
| Debtor | Gatti's Great Pizza, Inc. | | Relationship to you | Affiliate |
| District | Northern District of Texas | When  1/04/19 | Case number, if known | |
| Debtor | Gigi's Cupcakes, LLC | | Relationship to you | Affiliate |
| District | Northern District of Texas | When  1/04/19 | Case number, if known | |
| Debtor | Gigi's Operating II, LLC | | Relationship to you | Affiliate |
| District | Northern District of Texas | When  1/04/19 | Case number, if known | |
| Debtor | Gigi's Operating, LLC | | Relationship to you | Affiliate |
| District | Northern District of Texas | When  1/04/19 | Case number, if known | |
| Debtor | Mr. Gatti's, LP | | Relationship to you | Affiliate |
| District | Northern District of Texas | When  1/04/19 | Case number, if known | |

# WRITTEN CONSENT OF MEMBER
## OF
## SOVRANO, LLC

### (In Lieu of Special Meeting)

### Effective as of December 21, 2018

The undersigned, being a member (the "Member") of **Sovrano, LLC**, a Delaware limited liability company (the "Company"), acting herein pursuant to the provisions of Section 6.201 of the Texas Business Organizations Code, does hereby consent to, authorize and approve the following resolutions in lieu of a special meeting:

### Approval of Bankruptcy Proceedings

**WHEREAS,** the Member deems it necessary, advisable and in the best interest of the Company that the Company file a voluntary petition seeking relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), in which the authority to operate as debtor-in-possession will be sought;

**NOW, THEREFORE, BE IT**

**RESOLVED,** that the filing of a voluntary petition seeking relief under Chapter 11 of Title 11 of the Bankruptcy Code, in which the authority to operate as debtor-in-possession will be sought, be, and it hereby is, authorized in all respects; and

**FURTHER RESOLVED,** that the Member and any officer of the Company be, and each hereby is, appointed as an authorized signatory (collectively, the "Authorized Signatories") of the Company in connection with the Chapter 11 proceedings authorized herein (the "Chapter 11 Case"); and

**FURTHER RESOLVED** that the Authorized Signatories be, and each hereby is, authorized, empowered and directed for, and in the name of, and on behalf of, the Company to execute, deliver and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court at such time as the Authorized Signatory executing the same shall determine; and

**FURTHER RESOLVED,** that the Authorized Signatories be, and each hereby is, authorized, empowered and directed for, and in the name of, and on behalf of, the Company to execute, file and/or authorize all petitions, schedules, lists, pleadings and other papers, and any amendments or modifications of the above, and to take any and all actions that the Authorized Signatories may deem necessary, proper or desirable in connection with the Chapter 11 Case; and

**FURTHER RESOLVED,** that the law firm of Kelly Hart & Hallman LLP be, and it hereby is, employed to render legal services to, and to represent the Company in connection with the Chapter 11 Case and any other related matters in connection therewith, on such terms as the Authorized Signatories shall approve; and

1

**FURTHER RESOLVED**, that an Authorized Signatory be, and each hereby is, authorized, empowered and directed for, and in the name of, and on behalf of, the Company to retain and employ other attorneys, investment bankers, accountants, restructuring professionals, financial advisors, and other professionals to assist in the Company's Chapter 11 Case on such terms as are deemed necessary, proper, or desirable; and

**FURTHER RESOLVED**, that the Authorized Signatories and any employees or agents (including counsel) designated by or directed by the Authorized Signatories be, and each hereby is, authorized, empowered and directed to cause the Company to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities certificates or other documents, and to take such other actions, as in the judgment of an Authorized Signatory shall be necessary, proper, desirable and consistent with the foregoing resolutions and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions; and

**FURTHER RESOLVED**, that the Authorized Signatories be, and each hereby is, authorized, empowered and directed to cause all fees, costs and expenses related to the consummation of the transactions contemplated by the foregoing resolutions, which any of the Authorized Signatories determines to be necessary or appropriate in order to effectuate the general intent of the foregoing resolutions, the payment of such fees, costs and expenses being conclusive evidence of such authority; and

**FURTHER RESOLVED**, that the Authorized Signatories be, and each hereby is, authorized, empowered and directed to execute and deliver any and all documents and instruments deemed necessary or appropriate by the Authorized Signatories, and to take any and all such further action, in the name of and on behalf of the Company, which the Authorized Signatories determine to be necessary or appropriate in order to effectuate the general intent of the foregoing resolutions, the signature of an Authorized Signatory being conclusive evidence of such authority; and

**FURTHER RESOLVED**, that the Authorized Signatories be, and each hereby is, authorized, empowered and directed for, and in the name of, and on behalf of, the Company to amend, supplement, or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements or other writings referred to in the foregoing resolutions; and

**FURTHER RESOLVED**, that any and all actions heretofore or hereafter taken by the Authorized Signatories, employees, or agents (including counsel) of the Company within the terms of the foregoing resolutions be and they are hereby ratified, confirmed, authorized and approved as the act and deed of the Company; and

**FURTHER RESOLVED**, that the Authorized Signatories, be, and each hereby is, authorized and empowered to certify on behalf of the Company, as to all matters pertaining to the acts, transactions or agreements contemplated in any of the foregoing resolutions.

### <u>Original Signature</u>

A facsimile signature or signature delivered via portable document format (pdf) will be accepted as if it were an original signature.

IN WITNESS WHEREOF, the undersigned Member has executed this Consent to be effective as of the date first written above.

**MEMBER**:

By: _____

Kyle C. Mann
Vice Chairman

3

**Fill in this information to identify the case:**

Debtor name    **Sovrano, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐   *Schedule H: Codebtors* (Official Form 206H)
- ☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other *document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01/04/2019     X _____
                                         Signature of individual signing on behalf of debtor

                                         **Kyle C. Mann**
                                         Printed name

                                         **Vice Chairman**
                                         Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                  Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  Sovrano, LLC

United States Bankruptcy Court for the:  **NORTHERN DISTRICT OF TEXAS**

Case number (if known):

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| -NONE- | | | | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| **Sovrano, LLC** | § | Case No.: |
| | § | |
| | § | |
| Debtor(s) | § | |
| | § | |

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

■   is the first mail matrix in this case.

☐   adds entities not listed on previously filed mailing list(s).

☐   changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐   deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date: 01/04/2019

Kyle C. Mann/Vice Chairman
Signer/Title

Date: 01/04/2019

Signature of Attorney
**Michael McConnell 13447300**
**Kelly Hart & Hallman LLP**
**201 Main Street, Suite 2500**
**Fort Worth, TX 76102**
**(817) 332-2500   Fax: (817) 878-9280**

47-4161470
Debtor's Social Security/Tax ID No.

Joint Debtor's Social Security/Tax ID No.

Aaron Clayborn
Clayborn Enterprises, LLC
7722 Olson Memorial Highway
Golden Valley, MN 55427

Arthur J. Galagher & Co.
7 Park Central
12750 Merit Drive, Suite 1000
Dallas, TX 75251

Aycox, Jonathan A.
3844 Kelly Blvd
Carrollton, TX 75007

Babbs, Stephanie
1219 Buckhead Trail
Mount Juliet, TN 37122

Berry, Colin J.
1100 Horsetail Drive
Little Elm, TX 75068

Best, Michael F.
523 Hidden Meadow Drive
Keller, TX 76248

Brelsford, William G.
2112 Western Ave
Fort Worth, TX 75701

Brown, Karen
833 Edgefield Road
Fort Worth, TX 76107

Bruce Speidel
Country Charm Industries, LLC
451 N Thompson Ln., Ste. D
Murfreesboro, TN 37129

Burkett, Mark R.
7504 Chapin Road, Apt D
Fort Worth, TX 76116


Carpenter, Keith W.
3013 Hillcrest Dr
Irving, TX 75062


Carr, Jay C.
3915 Palisade Way
Snellville, GA 30039


Carter, Kristen A.
811 May Street
Apt. 7
Fort Worth, TX 76104


Cheryl Vinyard
Sugarlips Bakery, LLC
4745 Chace Circle
Ste. 121
Hoover, AL 35801


Cheryl Vinyard
Sugarlips Bakery, LLC
1483 Gadsden Highway
Ste. 114
Trussville, AL 35235


Chet Kenisell
Sugar on Top Corporation
1710 Stonehaven Lane
Round Rock, TX 78665


Chet Kenisell
Sugar on Top Corporation
2800 Sunrise Rd. # 132
Round Rock, TX 78665


Ciera Bank
PO Box 540
Graham, TX 76450

Comptroller of Public Accounts
Rev. Acct. Div. - Bankr. Section
P.O. Box 13528
Austin, TX 78711


Conrad, Karen
12721 Bella Vino Drive
Fort Worth, TX 76126


CT Corp.
P.O. Box 4349
Carol Stream, IL 60197-4349


Culbert, Joel
1116 Springlake Dr
Dripping Springs, TX 78620


Dawn Freeman
614 Cupcakes, LLC
6784 Headwater Tr.
New Albany, OH 43054


Dawn Freeman
614 Cupcakes, LLC
4045 Chelsea Green West
New Albany, OH 43054


Deborah Coldwell
Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219


DeFeo, Jerry
18 Winding Creek Trail
Garland, TX 75043


Dorrie and Barry Rubinstein
JMJ Florida Holdings, LLC
8435 Cooper Creek Blvd.
Bradenton, FL 34201

Dorrie and Barry Rubinstein
D & B Rubinstein Enterprises, LLC
14722 5th Terrace NE
Bradenton, FL 34212

Edmondson, Clifton T.
508 Terry Lane
Heath, TX 75032

Equity Bank
7701 East Kellogg, Ste. 100
Wichita, KS 67207

Fix, Robert F.
803 E. Bethel School Road
Coppell, TX 75019

Fleming, Vanessa
366 W City Dam Rd
Corbin, KY 40701

Foley, Stacy L.
2005 Howard Road
Waxahachie, TX 75165

Food Business Services, LLC
550 Bailey Ave., Suite 650
Fort Worth, TX 76107

Fowler, Tamala
3701 El Campo Avenue
Fort Worth, TX 76107

Fred Reid
Sweet Riya, LLC
11646 North Dale Mabry Highway
Tampa, FL 33618

FundCorp., Inc.
550 Bailey Ave., Suite 650
Fort Worth, TX 76107


Gatti's Great Pizza, Inc.
550 Bailey Avenue
Suite 650
Fort Worth, TX 76107


Geoff Lauterbach
Rylane Group, LLC
3800 Colonel Glenn Highway
Beavercreek, OH 45324


George, Henry C.
6021 Lantana Lane
Fort Worth, TX 76112


Internal Revenue Service
Special Procedures - Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346


Jamie Clayborn
JJM, LLC
1650 45th Street, Ste. 103
Fargo, ND 58103


Jamie Clayborn
Clayborn Enterprises, LLC
7722 Olson Memorial Highway
Golden Valley, MN 55427


Jason Vinyard
Sugarlips Bakery, LLC
4745 Chace Circle
Ste. 121
Hoover, AL 35801


Jason Vinyard
Sugarlips Bakery, LLC
1483 Gadsden Highway
Ste. 114
Trussville, AL 35235

Jeffrey Cohen
Colorado State Building
1600 Broadway, Suite 1660
Denver, CO 80202


Jesse Kook
Premium Confections LLC
7455 Currel Blvd. Ste 107
Woodbury, MN 55125


Jessica Evanson
JJM, LLC
1650 45th Street, Ste. 103
Fargo, ND 58103


Jon Robinson
Tupelo Cupcakes, Inc.
3982 North Gloster St., Ste. S
Tupelo, MS 38804


JPMorgan Chase Bank, N.A.
1111 Polaris Parkway
Ste. A3 (OHI-1085
Columbus, OH 43240


Judy Kerney
L & J Cupcakes, LLC
5160 Helen Court
Saint Cloud, FL 34772


Judy Kerney & Lee St. John
L & J Cupcakes, LLC
3760 Helen Court
Saint Cloud, FL 34772


Kaminsky, Charles
5 Chester Downs
San Antonio, TX 78257


Katherine Arduini
Koumbari Dolce, LLC
8487 Union Chapel Rd # 440
Indianapolis, IN 46240

Katherine Arduini
Koumbari Dolce, LLC
8981 E 116 St
Fishers, IN 46038


Kevin and Jody McGaharan
JMJ Florida Holdings, LLC
3171 Dick Wilson Dr.
Sarasota, FL 34240


Klinglesmith, Monica
693 Urton Woods Way
Louisville, KY 40243


Krista Kook
Premium Confections LLC
7455 Currel Blvd. Ste 107
Woodbury, MN 55125


Krista Speidel
Country Charm Industries, LLC
451 N Thompson Ln., Ste. D
Murfreesboro, TN 37129


Kristin Swartz
Gourmet Cupcakes, LLC
7301 S Santa Fe Dr.
Ste. 625
Littleton, CO 80120


Kyle C. Mann
P.O. Box 470099
Fort Worth, TX 76147


LaGesse, Mary D.
P.O. Box 470582
Fort Worth, TX 76147


Lee St. John
L & J Cupcakes, LLC
3760 Helen Court
Saint Cloud, FL 34772

Lee St. John
L & J Cupcakes, LLC
5160 Helen Court
Saint Cloud, FL 34772


Lee St. John
Cupcakes of Orlando, Inc.
5160 Helen Court
Saint Cloud, FL 34772


Lewis, Mary
5203 Wimbledon Court
Arlington, TX 76017


Lindsey Cockrum
Gourmet Cupcakes, LLC
7301 S Santa Fe Dr.
Ste. 625
Littleton, CO 80120


Lipi Datta-Reid
Sweet Riya, LLC
11646 North Dale Mabry Highway
Tampa, FL 33618


Lorraine Pappas
Koumbari Dolce, LLC
8487 Union Chapel Rd # 440
Indianapolis, IN 46240


Lorraine Pappas
Koumbari Dolce, LLC
8981 E 116 St
Fishers, IN 46038


Lorraine Pappas
4 Box, LLC
2454 E 146 St
Carmel, IN 46033


Mann, Kyle C.
4012 Fairway Court
Arlington, TX 76013

Mark Morgan
Morgan Foods, Inc.
2203 Red Wolf Blvd. #3
Jonesboro, AR 72401


Medina, Claudia
6428 Claire Drive
Apt. 9210
Fort Worth, TX 76131


Melody Leggemann
Sarahbug Sweets, LLC
1310 Westover Terrace Ste.110
Greensboro, NC 27408


Mitchell Speidel
Country Charm Industries, LLC
451 N Thompson Ln., Ste. D
Murfreesboro, TN 37129


Mr. Gatti's, LP
550 Bailey Avenue
Suite 650
Fort Worth, TX 76107


Murphy, Kelly
7929 Stansfield Drive
Fort Worth, TX 76137


Nancy Miller
JJM, LLC
1650 45th Street, Ste. 103
Fargo, ND 58103


Natasha Speidel
Country Charm Industries, LLC
451 N Thompson Ln., Ste. D
Murfreesboro, TN 37129


Nikolas Pappas
Koumbari Dolce, LLC
8487 Union Chapel Rd # 440
Indianapolis, IN 46240

Nikolas Pappas
Koumbari Dolce, LLC
8981 E 116 St
Fishers, IN 46038


Nikolas Pappas
4 Box, LLC
2454 E 146 St
Carmel, IN 46033


Paul Arduini
Koumbari Dolce, LLC
8487 Union Chapel Rd # 440
Indianapolis, IN 46240


Paul Arduini
Koumbari Dolce, LLC
8981 E 116 St
Fishers, IN 46038


Phillips, Robert J.
205 North Rivercrest Drive
Fort Worth, TX 76107


Poates, Michael D.
8005 Rushing Spring Dr
No. Richland Hills, TX 76182


Pool, Becky M.
2683 McClendon Rd
Weatherford, TX 76088


Reichert, Christopher K.
2541 Windy Pine Lane
Arlington, TX 76015


Renfrow, Judy
3637 Pallos Verdas Drive
Dallas, TX 75229

Robert J. Phillips
P.O. Box 470099
Fort Worth, TX 76147


Robertson, David W.
1701 Payne st
Apt. 711
Dallas, TX 75201


Robertson, Jane
2379 Joe Brown Road
Spring Hill, TN 37174


Ron & Dawn Freeman
614 Cupcakes, LLC
4045 Chelsea Green West
New Albany, OH 43054


Roney, Nakita
1232 Kensington Dr.
DeSoto, TX 75115


Smith, Travis M.
3217 Tanglewood Trail
Fort Worth, TX 76109


Strother, Jack
6300 Via Italia Dr
Flower Mound, TX 75077


Texas Alcohol Beverage Commission
License and Permits Division
P.O. box 13127
Austin, TX 78711


Texas Workforce Commission
TEC Building - Bankruptcy
101 East 15th Street
Austin, TX 78778

Thomas Leggemann
Sarahbug Sweets, LLC
1310 Westover Terrace Ste.110
Greensboro, NC 27408

Thomas Miller
JJM, LLC
1650 45th Street, Ste. 103
Fargo, ND 58103

United States Trustee
Office of the U.S. Trustee
1100 Commerce St., Room 976
Dallas, TX 75242-1699

Vallejo, Elizabeth G.
6249 Winifred Drive
Fort Worth, TX 76133

Watson, Boyd
6551 Malvey Ave
Fort Worth, TX 76116

Wheat, Debbie S.
1215 Greenway Drive
Duncanville, TX 75137

Williams, Robert W.
2813 Saddle Creek Dr
Fort Worth, TX 76177

Winter, James R.
3816 Birchman Ave
Fort Worth, TX 76107

Winters, Dustin
10650 Jacksboro Hwy
Box 5
Fort Worth, TX 76135

Woodside, Dustin
6925 Westcreek Drive
Fort Worth, TX 76133

# United States Bankruptcy Court
## Northern District of Texas

In re   **Sovrano, LLC**

_____
Debtor(s)

Case No. _____

Chapter   **11**

## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY
## PETITION, LISTS, STATEMENTS, AND SCHEDULES

### PART I:  DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case.  I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and *I hereby declare under penalty of perjury* that the information provided therein, as well as the social security information disclosed in this document, is true and correct.  I understand that this Declaration is to be filed with the Bankruptcy Court within 7 days after the petition, lists, statements, and schedules have been filed electronically.  I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

■        I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date:   01/04/2019

**Kyle C. Mann,** Vice Chairman

### PART II:  DECLARATION OF ATTORNEY:

I declare *under penalty of perjury* that:  (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date:   01/04/2019

**Michael McConnell 13447300,** Attorney for Debtor
**201 Main Street, Suite 2500**
**Fort Worth, TX 76102**
**(817) 332-2500 Fax:(817) 878-9280**

**United States Bankruptcy Court**
**Northern District of Texas**

In re   **Sovrano, LLC**

_____
Debtor(s)

Case No. _____
Chapter   **11**

## DECLARATION FOR ELECTRONIC FILING OF
## BANKRUPTCY PETITION AND MASTER MAILING LIST (MATRIX)

### PART I:  DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case.  I have read the information provided in the petition and in the lists of creditors to be filed electronically in this case and *I hereby declare under penalty of perjury* that the information provided therein, as well as the social security information disclosed in this document, is true and correct.  I understand that this Declaration is to be filed with the Bankruptcy Court within 7 days after the petition and lists of creditors have been filed electronically.  I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

■   I hereby further declare under penalty of perjury that I have been authorized to file the petition and lists of creditors on behalf of the debtor in this case.

Date:  01/04/2019

**Kyle C. Mann**, Vice Chairman

### PART II:  DECLARATION OF ATTORNEY:

I declare *under penalty of perjury* that:  (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date:  01/04/2019

**Michael McConnell 13447300**, Attorney for Debtor
**201 Main Street, Suite 2500**
**Fort Worth, TX 76102**
**(817) 332-2500 Fax:(817) 878-9280**

Michael McConnell
Texas Bar I.D. 13447300
michael.mcconnell@kellyhart.com
Nancy Ribaudo
Texas Bar I.D. 24026066
nancy.ribaudo@kellyhart.com
Katherine T. Hopkins
Texas Bar I.D. 24070737
katherine.hopkins@kellyhart.com
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone:     817/332-2500
Telecopy:      817/878-9774

*Proposed Counsel for Debtors*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SOVRANO, LLC, | § | CASE NO. 19-xxxxx-11 |
| MR. GATTI'S, LP, | § | CASE NO. 19-xxxxx-11 |
| GATTI'S GREAT PIZZA, INC., | § | CASE NO. 19-xxxxx-11 |
| GIGI'S CUPCAKES, LLC, | § | CASE NO. 19-xxxxx-11 |
| GIGI'S OPERATING, LLC, | § | CASE NO. 19-xxxxx-11 |
| GIGI'S OPERATING II, LLC,[1] | § | CASE NO. 19-xxxxx-11 |
| | § | |
| Debtors. | § | **(Joint Administration Requested)** |
| | § | |
| | § | |

## CONSOLIDATED CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rules of Bankruptcy Procedures 1007(a)(1) and 7007.1, Sovrano, LLC, a Delaware corporation, and its affiliated debtors and debtors-in-possession (each, a "Debtor"), hereby state as follows:

1.    There is no corporation that owns, directly or indirectly, 10% or more of any class of the equity interests in Debtor Sovrano, LLC.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sovrano, LLC (1470); Mr. Gatti's, LP (0879); Gatti's Great Pizza, Inc. (6061); Gigi's Cupcakes, LLC (8356); Gigi's Operating, LLC (0621); and Gigi's Operating II, LLC (8396).

2. GGP Operations, LLC, a non-debtor entity, owns 100% of Gatti's Great Pizza, Inc.

3. KeyCorp, LLC, a non-debtor entity, owns 100% of Debtor Gigi's Cupcakes, LLC.

4. KeyCorp, LLC, a non-debtor entity, owns 100% of Debtor Gigi's Operating, LLC.

5. Gigi's Operating, LLC owns 100% of Debtor Gigi's Operating II, LLC.

Respectfully submitted,

By: */s/ Michael A. McConnell*
Michael McConnell
Texas Bar I.D. 13447300
michael.mcconnell@kellyhart.com
Nancy Ribaudo
Texas Bar I.D. 24026066
nancy.ribaudo@kellyhart.com
Katherine T. Hopkins
Texas Bar I.D. 24070737
katherine.hopkins@kellyhart.com
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 878-3574
Facsimile: (817) 878-9744

*Proposed Counsel for Debtors*

2821556v1