| | |
|---|---|
| Toby L. Gerber | Edward J. Nazar (pro hac vice application pending) |
| Texas Bar No. 07813700 | Kansas Bar No. 09845 |
| John N. Schwartz | W. Thomas Gilman (pro hac vice application pending) |
| Texas Bar No. 00797397 | Kansas Bar No. 11867 |
| NORTON ROSE FULBRIGHT US LLP | HINKLE LAW FIRM LLC |
| 2200 Ross Avenue, Suite 3600 | 1617 North Waterfront Parkway, Suite 400 |
| Dallas, Texas 75201-7932 | Wichita, KS 67206-6639 |
| Telephone: (214) 855-8000 | Telephone: (316) 267-2000 |
| Facsimile: (214) 855-8200 | Facsimile: (316) 264-1518 |
| toby.gerber@nortonrosefulbright.com | enazar@hincklaw.com |
| john.schwartz@nortonrosefulbright.com | tgilman@hinklaw.com |

COUNSEL FOR EQUITY BANK

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SOVRANO, LLC, | § | Case No. 19-40067 |
| MR. GATTI'S, LP, | § | Case No. 19-40069 |
| GATTI'S GREAT PIZZA, INC., | § | Case No. 19-40070 |
| GIGI'S CUPCAKES, LLC, | § | Case No. 19-40072 |
| GIGI'S OPERATING, LLC | § | Case No. 19-40073 |
| GIGI'S OPERATING II, LLC, [1] | § | Case No. 19-40074 |
| | § | |
| Debtors. | § | (Joint Administration Requested) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appear as counsel for Equity Bank ("Equity Bank"), and pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017(a), 9007, and 9010 and 11 U.S.C. § 1109(b), request that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, disclosure statements and plans of reorganization, or other documents, filed or entered in this case, be transmitted to:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Gatti's Great Pizza, Inc. (6061); Gigi's Cupcakes, LLC (8356); Gigi's Operating, LLC (8356); Gigi's Operating II, LLC (8396); Mr. Gatti's, LP (0879); and Sovrano, LLC (1470).

| | |
|---|---|
| Toby L. Gerber<br>NORTON ROSE FULBRIGHT US LLP<br>2200 Ross Avenue, Suite 3600<br>Dallas, Texas  75201-7932<br>toby.gerber@nortonrosefulbright.com | Edward J. Nazar<br>HINKLE LAW FIRM LLC<br>1617 North Waterfront Parkway, Suite 400<br>Wichita, KS 67206-6639<br>enazar@hincklaw.com |
| John N. Schwartz<br>NORTON ROSE FULBRIGHT US LLP<br>2200 Ross Avenue, Suite 3600<br>Dallas, Texas  75201-7932<br>john.schwartz@nortonrosefulbright.com | W. Thomas Gilman<br>HINKLE LAW FIRM LLC<br>1617 North Waterfront Parkway, Suite 400<br>Wichita, KS 67206-6639<br>tgilman@hinklaw.com |

PLEASE TAKE FURTHER NOTICE that, in accordance with Federal Rule of Bankruptcy Procedure 3017(a), this request also constitutes a request in writing for copies of any and all disclosure statements or plans filed in these cases.

Neither this Request for Notice nor any subsequent appearances, pleadings, claims, proofs of claim, documents, suits, motions nor any other writings or conduct, shall constitute a waiver of either of such parties':

a. right to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court Judge;

b. right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private right, or in any case, controversy or proceeding related hereto, notwithstanding the designation *vel non* of such matters as "core proceedings" pursuant to 28 U.S.C. § 157 (b)(2)(H), and whether or not such jury trial right is pursuant to statute or the United States Constitution;

c. right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

d. other rights, claims, actions, defenses, setoffs, recoupments or other matters to which Equity Bank is rightly entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved unto Equity Bank without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

Dated: January 6, 2019

Respectfully submitted,

NORTON ROSE FULBRIGHT US LLP

By:  */s/ John N. Schwartz*                    ,
     Toby L. Gerber (SBT 07813700)
     John N. Schwartz (SBT 00797397)
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932
Telephone: (214) 855-8000
Facsimile: (214) 855-8200

- and -

Edward J. Nazar (SBK 09845)
W. Thomas Gilman (SBK 11867)
HINKLE LAW FIRM LLC
1617 North Waterfront Parkway, Suite 400
Wichita, KS 67206-6639
Telephone: (316) 267-2000
Facsimile: (316) 264-1518

COUNSEL FOR EQUITY BANK