# United States Bankruptcy Court
## Northern District of Texas

In re   Sovrano, LLC                                                    Case No.   19-40067-elm11
                                                           Debtor(s)                  Chapter     11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Kyle C. Mann<br>PO Box 470099<br>Fort Worth, TX 76147 | | 20% | Member |
| Robert J. Phillips Jr.<br>PO Box 470099<br>Fort Worth, TX 76147 | | 80% | Member |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the **Vice Chairman** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    1/16/19                        Signature   */s/ Kyle C. Mann*
                                                                                                Kyle C. Mann

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.