Michael McConnell
Texas Bar I.D. 13447300
michael.mcconnell@kellyhart.com
Nancy Ribaudo
Texas Bar I.D. 24026066
nancy.ribaudo@kellyhart.com
Katherine T. Hopkins
Texas Bar I.D. 24070737
katherine.hopkins@kellyhart.com
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone:     817/332-2500
Telecopy:      817/878-9774

*Proposed Counsel for Debtors*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | Case No. 19-40067-11 |
| SOVRANO, LLC, *et al.*,[1] | § | |
| | § | Chapter 11 |
| Debtors. | § | |
| | § | (Jointly Administered) |
| _____ | § | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing on the following motion:

- Motion Of Insured Debtors For Modification Of The Automatic Stay To Allow For Reimbursement And/Or Payment Of Defense Costs Under Debtors' Insurance Policies Pursuant To 11 U.S.C. § 362(D)(1) And Fed. R. Bankr. P. 4001 [Docket No. 100]

(the "Motion") is scheduled for **February 28, 2019** at **1:30 p.m.** before the Honorable Edward L. Morris, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Northern District of Texas-Fort Worth Division, 501 West Tenth Street, Room 204, Fort Worth, Texas 76102. In the event no responses are filed to the Motion, this Court may enter an order granting the relief sought in the Motion without a hearing.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sovrano, LLC (1470); Mr. Gatti's, LP (0879); Gatti's Great Pizza, Inc. (6061); Gigi's Cupcakes, LLC (8356); Gigi's Operating, LLC (0621); Gigi's Operating II, LLC (8396); and KeyCorp (1251)..

**PURSUANT TO LOCAL BANKRUPTCY RULE 4001-1(b), A RESPONSE IS REQUIRED TO THIS MOTION, OR THE ALLEGATIONS IN THE MOTION MAY BE DEEMED ADMITTED, AND AN ORDER GRANTING THE RELIEF SOUGHT MAY BE ENTERED BY DEFAULT.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 501 W. TENTH STREET, ROOM 147, FORT WORTH, TEXAS 76102-3643 BEFORE CLOSE OF BUSINESS ON FEBRUARY 22, 2019, WHICH IS AT LEAST 14 DAYS FROM THE DATE OF SERVICE HEREOF. A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY AND ANY TRUSTEE OR EXAMINER APPOINTED IN THE CASE. ANY RESPONSE SHALL INCLUDE A DETAILED AND COMPREHENSIVE STATEMENT AS TO HOW THE MOVANT CAN BE "ADEQUATELY PROTECTED" IF THE STAY IS TO BE CONTINUED.**

Respectfully submitted,

By: */s/ Nancy Ribaudo*
Michael A. McConnell
Texas Bar I.D. 13447300
michael.mcconnell@kellyhart.com
Nancy Ribaudo
Texas Bar I.D. 24026066
nancy.ribaudo@kellyhart.com
Katherine T. Hopkins
Texas Bar I.D. 24070737
katherine.hopkins@kellyhart.com
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone:     817/332-2500
Telecopy:      817/878-9774

*Proposed Counsel for Debtors*

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2019, I caused a true and correct copy of the foregoing document to be served via first class mail and/or ECF if available, upon all parties on the Official Service List (attached for filing purposes only).

*/s/ Nancy Ribaudo*
Nancy Ribaudo

2868795.1

*Sovrano, LLC, et al.*
**Case No. 19-40067-11**
**Official Service List**
02/11/2019

## DEBTORS' COUNSEL

Sovrano, LLC
Mr. Gatti's, LP
Gatti's Great Pizza, Inc.
Gigi's Cupcakes, LLC
Gigi's Operating, LLC
Gigi's Operating II, LLC
c/o Michael McConnell
Nancy Ribaudo
Katherine Hopkins
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102

## OFFICERS/DIRECTORS/OWNERS

| | | |
|---|---|---|
| Kyle C. Mann<br>P.O. Box 470099<br>Fort Worth, TX 76147 | Robert J. Phillips, Jr.<br>c/o John Y. Bonds, III<br>H. Brandon Jones<br>Bonds Ellis Eppich Schafer Jones LLP<br>420 Throckmorton Street, Suite 1000<br>Fort Worth, TX 76102<br>*Via ECF* | Dawn Ragan<br>c/o Sovrano, LLC<br>550 Bailey Avenue, Suite 650<br>Fort Worth, TX 76107 |

## SECURED CREDITORS

| | | |
|---|---|---|
| Equity Bank<br>c/o Edward J. Nazar<br>W. Thomas Gilman<br>Hinkle Law Firm LLC<br>1617 North Waterfront Parkway, Suite 400<br>Wichita, KS 67206-6639<br>*Via ECF* | Equity Bank<br>c/o Toby L. Gerber<br>John N. Schwartz<br>Norton Rose Fulbright US LLP<br>2200 Ross Avenue, Suite 3600<br>Dallas, TX 75201-7932<br>*Via ECF* | Happy State Bank<br>c/o Jeff Carruth<br>Weycer, Kaplan, Pulaski & Zuber<br>3030 Matlock Rd., Ste. 201<br>Arlington, TX 76015<br>*Via ECF* |

JPMorgan Chase Bank, N.A.
1111 Polaris Parkway
Suite A3 (OHI-1085)
Columbus, OH 43240

**GOVERNMENTAL ENTITIES**

Internal Revenue Service
Special Procedures – Insolvency
P.O. Box 7346
Philadelphia, PA  19101-7346

Office of the United States Trustee
Attn:  Lisa L. Lambert
Earle Cabell Federal Building
1100 Commerce Street, Room 976
Dallas, TX  75242

State Comptroller of Public Accts.
Rachel R. Obaldo
Assistant Attorney General
Bankruptcy & Collection Division MC 008
P. O. Box 12548
Austin, TX  78711-2548
*Via ECF*

Texas Workforce Commission
TEC Building – Bankruptcy
101 East 15th St.
Austin, TX  78778

**THIRTY LARGEST CREDITORS**

544 Center, Ltd.
c/o Jorparks, Inc.
Attn: Shane Jordan
5016 Tennyson Parkway
Plano, TX 75204

Abilene Profit Center, Inc.
2665 Buffalo Gap Road
Abilene, TX  79602

Ad Accountability, LLC
3245 Main Street
Frisco, TX  75034

AIM Solutions, Inc.
12225 Greenville Avenue
Dallas, TX  75243

Alea Properties (USA), LLC
2200 N. Germantown Parkway, Suite 7
Memphis, TN  38106

America's Best Vac. Service LLC
1355 Northwest Parkway
Azle, TX  76020

Capstone Concepts, LLC
6480 Kingston Pike
Knoxville, TN  37919

Chain Distribution Services
6800 Snowden Road
Fort Worth, TX  76140

Chenal Creek, Little Rock AR, LLC
c/o US Property Trust
10250 Constellation Blvd., Suite 2850
Los Angeles, CA 90067
Attn: Matt Kaiser

Dawn Food Products, Inc.
333 Sargent Road
Jackson, MI  49201

Deer Creek Lots 1,3 & 6 07A, LLC
12411 Ventura Blvd.
Studio City, CA  91604

Barrow Family Far West Retail I Limited Partnership
3633 North Hills Drive
Austin, TX 78731

FCS Fox Commercial Services LLC
PO Box 19047
Austin, TX  78701

Gatti's Management Group
1150 N IH-35 Suite 100
Round Rock, TX  78681

Harbert Rainier Southpark Meadows, LLC
c/o Michael Eric Deitch
The Deitch Law Offices
800 Rio Grande
Austin, TX  78701
*Via ECF*

| | | |
|---|---|---|
| HCK2 Partners<br>3875 Ponte Avenue<br>Addison, TX 75001 | HDJ Capital Partners, Ltd.<br>3065 Mallory Lane, Suite 106<br>Franklin, TN 37950 | L&B DEPP Inwood Village, LP<br>c/o Institutional Property Managers, Inc.<br>Attn: Property Manager<br>5370 W. Lovers Lane, Suite 326<br>Dallas, TX 75209 |
| Mission Commons Investors, LLC<br>4705 Central Street<br>Kansas City, MO 64112 | Morben Realty Co., Inc.<br>c/o Robert Blackwell<br>Blackwell, Blackburn & Singer, LLP<br>7557 Rambler Road, Suite 1450<br>Dallas, Texas 75231<br>*Via ECF* | Osndoz, LLC<br>1161 East Southlake Blvd.<br>Southlake, TX 76092 |
| Pace Communications, Inc.<br>1301 Carolina Street<br>Greensboro, NC 27401 | Richland Ferrell L.P.<br>c/o Christopher J. Moser<br>S. Kyle Woodard<br>Quilling, Selander, Lownds, Winslett & Moser, P.C.<br>2001 Bryan Street, Suite 1800<br>Dallas, TX 75201<br>*Via ECF* | Segovia Produce Co., Inc.<br>4618 East 7th Street<br>Austin, TX 78702 |
| SWC Poplar FHI Partners<br>9077 Poplar Avenue, Suite 103<br>Germantown, TN 38138 | TCSH, LP<br>701 North Post Oak Road, Suite 210<br>Houston, TX 77024 | Texas Electric & Light, LLC<br>3267 Bee Cave Road, Suite 107-228<br>Austin, TX 78746 |
| Texas Mutual Ins Co<br>P.O. Box 841843<br>Dallas, TX 75284-1843 | Toy Factory, LLC<br>1235 Gembler<br>San Antonio, TX 78219 | WhitleyPenn<br>1400 West 7th Street, Suite 400<br>Fort Worth, TX 76102 |

**NOTICE OF APPEARANCE/<br>OTHER PARTIES**

| | | |
|---|---|---|
| Gina Butler<br>c/o Laura L. Worsham<br>Lynn Warren Schleinat<br>Jones, Allen & Fuquay, L.L.P.<br>8828 Greenville Avenue<br>Dallas, TX 75243 | MGUC, LLC, MG Valley, LTD,<br>MG Harlingen Way, LTD, and MG Paseo Real, LTD<br>c/o William H. Daniel<br>McGinnis Lochridge LLP<br>600 Congress Avenue, Suite 2100<br>Austin, TX 78701<br>*Via ECF* | Tax Appraisal District of Bell County,<br>The County of Hays, Texas, The County of Milam, Texas, Central Appraisal District of Taylor County and The County of Williamson, Texas<br>c/o Tara LeDay<br>McCreary, Veselka, Bragg & Allen, P.C.<br>P. O. Box 1269<br>Round Rock, TX 78680<br>*Via ECF* |
| Dallas County<br>Tarrant County<br>c/o Laurie A. Spindler<br>Linebarger Goggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway, Suite 1000<br>Dallas, TX 75207<br>*Via ECF* | San Marcos CISD, City of McAllen,<br>Hidalgo County<br>c/o Diane W. Sanders<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>PO Box 17428<br>Austin, TX 78760-7428 | MGUC, LLC, MG Valley, LTD,<br>MG Harlingen Way, LTD, and MG Paseo Real, LTD<br>c/o Christopher L. Halgren<br>McGinnis Lochridge LLP<br>711 Louisiana Street, Suite 1600<br>Houston, TX 77002<br>*Via ECF* |

SJ Owners Group, LLC
c/o Mark W. Stout
Jeffrey V. Leaverton
Padfield & Stout, L.L.P.
421 W. Third Street, Suite 910
Fort Worth, TX 76102

Certain Gigi's Cupcakes, LLC Franchisees
c/o Dana Mark Campbell
Staci Bednarski
Ferguson Braswell Fraser Kubasta, P.C.
2500 Dallas Parkway, Suite 600
Plano, Texas 75093

Chain Distribution Services
c/o Darrell W. Cook
Catherine A. Keith
Darrell W. Cook & Associates
A Professional Corporation
6688 North Central Expressway, Suite 1000
Dallas, TX 75206
*Via ECF*

Travis County
c/o Kay D. Brock
Assistant County Attorney
P.O. Box 1748
Austin, TX 78767
*Via ECF*

Richardson ISD
c/o Eboney Cobb
Perdue, Brandon, Fielder, Collins & Mott
500 E. Border Street, Suite 640
Arlington, TX 76010
*Via ECF*

Certain Gigi's Cupcakes, LLC Franchisees
c/o Jeffrey Cohen, Esq. (admitted pro hac vice)
Anthony Garcia, Esq. (admitted pro hac vice)
Tammy L. Devlin
Kevin Opp
Cohen, LLC
1600 Broadway, Suite 1660
Denver, CO 80202

Blue Stone Real Estate Group, LP
c/o E. P. Keiffer
Shannon S. Thomas
Rochelle McCullough, LLP
325 North Saint Paul Street, Suite 4500
Dallas, Texas 75201
*Via ECF*