Michael McConnell
Texas Bar I.D. 13447300
michael.mcconnell@kellyhart.com
Nancy Ribaudo
Texas Bar I.D. 24026066
nancy.ribaudo@kellyhart.com
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone:    817/332-2500
Telecopy:     817/878-9774

*Counsel for Debtors*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | Case No. 19-40067-11 |
| SOVRANO, LLC, *et al.*,[1] | § | |
| | § | Chapter 11 |
| Debtors. | § | |
| | § | (Jointly Administered) |
| _____ | § | |

### NOTICE OF STATUS CONFERENCE
[Related to Docket No. 125]

**PLEASE TAKE NOTICE** that a status conference has been scheduled for **April 12, 2019 at 9:30 a.m**. (Central Time) before the Honorable Edward L. Morris, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Northern District of Texas-Fort Worth Division, 501 West Tenth Street, Room 204, Fort Worth, Texas 76102.  Interested parties may call Court Call at (866) 582-6878 at least one day prior to the conference in order to arrange telephonic access to the conference.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sovrano, LLC (1470); Mr. Gatti's, LP (0879); Gatti's Great Pizza, Inc. (6061); Gigi's Cupcakes, LLC (8356); Gigi's Operating, LLC (0621); Gigi's Operating II, LLC (8396); and KeyCorp, LLC (1251).

Dated: April 10, 2019          Respectfully submitted,

By:    */s/ Nancy Ribaudo*
Michael A. McConnell
Texas Bar I.D. 13447300
michael.mcconnell@kellyhart.com
Nancy Ribaudo
Texas Bar I.D. 24026066
nancy.ribaudo@kellyhart.com
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone:    817/332-2500
Telecopy:    817/878-9774

*Counsel for Debtors*

## CERTIFICATE OF SERVICE

    I hereby certify that, on April 10, 2019, a true and correct copy of the foregoing document was served on all parties receiving notice via the Court's electronic notification system and via e-mail on the parties listed below:

Erin Schmidt
Office of the United States Trustee
1100 Commerce Street
Dallas, TX 75242
Erin Schmidt2@usdoj.gov
    Office of the U.S. Trustee

Eric Taub
Waller Lansden Dortch & Davis, LLP
100 Congress Ave., Suite 1800
Austin, TX 78701
eric.taube@wallerlaw.com
    Counsel for MTY Franchising USA, Inc.

Toby Gerber
John Schwartz
Norton Rose Fulbright US LL
2200 Ross Avenue, Suite 3600
Dallas TX 75201-7932
toby.gerber@nortonrosefulbright.com
john.schwartz@nortonrosefulbright.com

and

Edward J. Nazar
Hinkle Law Firm, LLC
1617 North Waterfront Parkway, Suite 400
Wichita, KS  67206-6639
enazar@hincklaw.com
    Counsel for Equity Bank

Jeff Carruth
Weycer, Kaplan, Pulaski & Zuber, P.C.
3030 Matlock Road, Suite 201
Arlington, TX  76015
jcarruth@wkpz.com
    Attorney for Happy State Bank

Jeffrey Cohen, Esq.
Anthony Garcia, Esq.
Cohen, LLLC
1600 Broadway, Suite 1660
Denver, CO  80202
jcohen@cohentrial.com
agarcia@xcohentrial.com
    Attorneys for Certain Objecting Franchisees

                                                */s/ Nancy Ribaudo*
                                                Nancy Ribaudo